**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWIN ROLANDO GARCIA AREVALO,**<br><br>Petitioner,<br><br>*v.*<br><br>**J.L JAMISON**, *in his official capacity as Warden of the Philadelphia Federal Detention Center*, et al.,<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-7971-KSM** |

**ORDER**

**AND NOW**, this 19th day of October, 2026, the Court having reviewed the Petition for Writ of Habeas Corpus (Doc. No. 1), it is **ORDERED** that by **October 20, 2026**, Respondents shall file their response to the Petition and, to the extent they exist, provide Petitioner and the Court with copies of (1) the Form I-213 related to Petitioner, (2) the Form I-286 custody determination for Petitioner, and (3) all body camera footage recorded during Petitioner's arrest.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.

[1] If Respondents can show that Petitioner was arrested pursuant to a warrant that was issued before his arrest, they may provide a copy of the warrant to Petitioner and the Court in lieu of submitting the relevant body camera footage.