**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWIN ROLANDO GARCIA AREVALO**,<br><br>Petitioner,<br><br>v.<br><br>**J.L. JAMISON**, *in his official capacity as Warden of the Philadelphia Federal Detention Center*,<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-7971-KSM** |

## ORDER

**AND NOW**, this 27th day of October, 2026, upon consideration of Petitioner Edwin Rolando Garcia Arevalo's Petition for a Writ of Habeas Corpus (Doc. No. 1), Respondents' opposition brief (Doc. No. 6), Petitioner's reply brief (Doc. No. 7), and the body camera footage of Petitioner's arrest on October 13, 2026, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Respondents shall **RELEASE** Petitioner from custody immediately.

2. Respondents' counsel shall certify compliance with this Order by filing on the docket no later than **8:00 p.m.** on **October 27, 2026**.

3. The Clerk of Court shall mark this matter **CLOSED** upon receipt of the certification of Respondents' counsel discussed above.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.